**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6952**

RICHARD CLAUDE NODINE,

                                       Petitioner - Appellant,

     versus

GERALDINE P. MIRO, Warden ACI; D.R. FREDERICK,
Director of the South Carolina Department of
Corrections; CHARLES M. CONDON, South Carolina
Attorney General,

                                      Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-01-1962-9-23)

Submitted:  August 15, 2002      Decided:  August 26, 2002

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Richard Claude Nodine, Appellant Pro Se.  Derrick K. McFarland,
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Claude Nodine seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Nodine v. Miro</u>, No. CR-01-1962-9-23 (D.S.C. May 24, 2002). We also deny Nodine's motion for authorization to file a second or successive application for post-conviction relief in South Carolina courts. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>